NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION

---

**EURAND, INC., CEPHALON, INC., AND ANESTA AG,**
*Plaintiffs-Cross Appellants,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellants,*

AND

**BARR LABORATORIES, INC., TEVA PHARMACEUTICALS USA, INC., AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,**
*Defendants-Appellees.*

---

2011-1399, -1409

---

Appeals from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

---

## IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION

### EURAND, INC., CEPHALON, INC., AND ANESTA AG,
*Plaintiffs-Appellants,*

v.

### ANCHEN PHARMACEUTICALS, INC. AND ANCHEN, INC.,
*Defendants-Appellees.*

2011-1408, -1410, -1411, -1412

Appeals from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

## ON MOTION

## O R D E R

Eurand, Inc. et al. (Eurand) move to deconsolidate 2011-1408, -1410, -1411, and -1412 from the expedited appeals, 2011-1399, -1409. Mylan Pharmaceutical Inc. et al. move for clarification of the briefing schedule. Eurand oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to deconsolidate is granted. The revised official captions are reflected above.

(2) The motion for clarification is granted to the following extent. The expedited briefing schedule in 2011-1399, -1409 is clarified to include the cross-appeal. The parties must use hand delivery or overnight delivery for service of all briefs. The appellants' response/reply brief is due no later than June 30, 2011.[1] If Barr Laboratories and Teva Pharmaceuticals USA Inc. et al. are participating in 2011-1399, -1409, their appellees' brief is due no later than June 30, 2011.[2] The cross-appellants' reply brief is due within 3 days of service of the appellants' response/reply brief. The joint appendix is due within 1 day of service of the cross-appellants' reply brief. Appeals 2011-1399, -1409 will be placed on the next available calendar after briefing is completed in those cases.

(3) Briefing in 2011-1408 et al. should be calculated from the date of docketing of 2011-1408.

---

[1]   The cross-appellants' recently received opening brief is deemed submitted for only 2011-1399, -1409.

[2]   It is unclear from the various papers submitted by the parties whether Barr is involved in 2011-1399, -1409 or in 2011-1408 et al. Because Barr appears to be aligned with Mylan in the district court's judgment of invalidity, the court assumes that Barr is participating as an appellee in 2011-1399, -1409. The court further assumes that Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. are aligned with Barr in 2011-1399, -1409. However, the district court's judgment does not clearly mention Teva by name. If the court's assumptions are incorrect, the parties should promptly inform the court.

FOR THE COURT

**JUN 2 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James H. Wallace, Jr., Esq.
     Donald J. Mizerk, Esq.
     George C. Lombardi, Esq.
     William J. Marsden, Jr., Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 2 7 2011**

**JAN HORBALY**
**CLERK**